IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 15-60474-CIV-COHN/SELTZER

| | |
|---|---|
| GARY DEAR, <br> As Class Representative of <br> Those Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> Q CLUB HOTEL, LLC, a Delaware <br> Limited Liability Company, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> / |

## DEFENDANT'S, Q CLUB HOTEL, LLC, EXHIBIT LIST

Defendant, Q Club Hotel, LLC ("Q Club"), by and through undersigned counsel, pursuant to Southern District of Florida Local Rule 16.1(d), hereby discloses the exhibits it intends to introduce at the trial of this cause:

1. See attached Exhibit List.

Respectfully submitted this 24th day of April, 2017.

/s/ Laurence S. Litow
Laurence S. Litow, Esq.
Florida Bar No. 328758
Howard S. Marks, Esq.
Florida Bar No. 0750085
BURR & FORMAN, LLP
350 East Las Olas Blvd., Suite 1420
Fort Lauderdale, Florida 33301

CASE NO.: 15-cv-60474-WJZ

Telephone:  954-414-6200
Facsimile:  954-414-6201
Email:  lslitow@burr.com
*Counsel for Defendant, Q Club Hotel, LLC*

Ronald Pena, Esq.
Florida Bar No. 135135
John C. Lukacs, Sr., Esq.
Florida Bar No. 362727
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Telephone:  305-358-7747
Email: rpena@hinshawlaw.com
Email: jlukacs@hinshawlaw.com
*Co-Counsel for Defendant, Q Club Hotel, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of April, 2017, I electronically filed the foregoing document with the Clerk of the Court using *CM/ECF*.  I also certify that the foregoing is being served this day upon all counsel of record or *pro se* parties identified in the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by *CM/ECF* or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| Robert A. Sweetapple, Esq.<br>Sweetapple, Broeker & Varkas, P.L.<br>20 S.E. 3rd Street<br>Boca Raton, FL 33432<br>pleadings@sweetapplelaw.com<br>rsweetapple@sweetapplelaw.com<br>*Counsel for Plaintiff*<br>**VIA CM/ECF** | Steven R. Jaffe, Esq.<br>Mark S. Fistos, Esq.<br>Matthew D. Weissing, Esq.<br>Farmer, Jaffe, Weissing,<br>Edwards, Fistos & Lehrman, P.L.<br>425 North Andrews Ave., Suite 2<br>Fort Lauderdale, FL 33301<br>staff.efile@pathtojustice.com<br>steve@pathtojustice.com<br>matt@pathtojustice.com<br>mark@pathtojustice.com<br>*Co-Counsel for Plaintiff*<br>**VIA CM/ECF** |

2

CASE NO.: 15-cv-60474-WJZ

*/s/ Laurence S. Litow*
Laurence S. Litow, Esq.
Florida Bar No. 328758