Q Club Hotel, LLC

**Trial Exhibits List**

| Exhibit | Expect to Offer | May Offer |
|---|---|---|
| Declaration of Q Club Resort and Residences Condominium dated 12/15/2006 ("Declaration") | √ | |
| Amendment to Declaration of Q Club Resort and Residences Condominium dated 3/8/2007 | | √ |
| Hotel Operating Statements | | √ |
| Shared Cost Worksheets | √ | |
| Summary of Condo Billing Statements | √ | |
| Unit Management Agreement (Original) | √ | |
| Unit Management Agreement (Revised 2009) | √ | |
| Hilton Fort Lauderdale Beach Key Performance Indicators | √ | |
| Comparison of 2015's Hotel's Rooms Departmental Profits to Industry Benchmarks | √ | |
| Charge Notices to Unit Owners | √ | |
| Condo Owner Distribution Accrual Worksheets - JV 11 | √ | |
| Condo Shared Expenses Worksheets - JV 9 | √ | |
| Hilton Hotel Budget 2015 | √ | |
| Hilton Hotel Management Agreement | √ | |
| Hilton Peer Review Forms | √ | |
| JV 18A Allocations Distribution | √ | |
| Prospectus for Q Club Condominium | √ | |
| Sales and Marketing Plan 2015 | √ | |
| Shared Components Budget for the calendar years 2010 to 2015 | √ | |
| Shared Components Budget Letters | √ | |
| Shared Cost Allocation Worksheets JV 25 | √ | |
| Q Club Hotel, LLC letter to unit owners dated 3/5/2013 | √ | |
| Non-Hotel Units Allocated Share | | √ |