UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60474-CIV-COHN/SELTZER

GARY DEAR, as Class Representative
of those similarly situated,

    Plaintiff,

v.

Q CLUB HOTEL, LLC, a Delaware
Limited Liability Company,

    Defendant.
_____/

## VERDICT FORM

We, the Jury in the above-captioned case, unanimously find as follows:

1. Did Plaintiff Gary Dear as Class Representative prove, by a preponderance of the evidence, that Defendant Q Club Hotel, LLC breached the Declaration of Q Club Resort and Residences Condominium by collecting as "shared costs" expenses, charges, and costs from the Plaintiff Class that are not authorized by the Declaration?

    Yes _____  No __X__

Note: If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, you need not consider Question 2 and should proceed to date and sign the Verdict Form.

2.What is the amount of the Plaintiff Class's actual money damages resulting from Defendant Q Club Hotel, LLC's breach of the Declaration of Q Club Resort and Residences Condominium?

$_____

SO SAY WE ALL.


_6-1-17_____
Date