# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

### CASE NO.: 15-60474-CIV-COHN/SELTZER

| | |
|---|---|
| GARY DEAR, As Class Representative of Those Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| Q CLUB HOTEL, LLC, a Delaware Limited Liability Company, | ) ) ) |
| Defendant. | ) ) / |

### DEFENDANT'S TRIAL EXHIBITS INDEX

| EXHIBIT NO. | Notes | DESCRIPTION |
|---|---|---|
| DB | | Amendment to Declaration Q Club Resort and Residences Condo dtd 3/8/2007 |
| DC | Includes Five Parts labeled by Bates Numbers | Hotel Operating Statements |
| DL | | Hilton Hotel Management Agreement |
| DU | | Q Club Resort and Residences Condo Purchase Agreement |

29832175 v1