Defendant Trial Exhibit 000223

Hilton ... ...ach
Oper Statement - Rooms&Condo
As of December 21, 2010

Run Date: January 07, 2011
Run Time: 07:16:22

...ness Unit: 04088     Business Unit: 04088

**Consolidated**

| | Current Actual | % | Current Budget | % | Current Bud Variance | Prior Year Actual | % | Prior Year Variance | | Year to Date Actual | % | Year to Date Budget | % | YTD Budget Variance | Year to Date Prior Year | % | YTD Prior Yr Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | | | | | | | | | | |
| General & Administrative | 193,552 | 8.1% | 164,177 | 7.9% | 28,774 | 204,635 | 8.6% | (13,064) | | 1,920,787 | 6.7% | 1,583,770 | 7.7% | (88,574) | 2,022,344 | 7.3% | (108,544) |
| Sales & Marketing | 201,795 | 8.5% | 170,633 | 8.2% | 31,152 | 191,864 | 8.0% | 9,922 | | 2,232,771 | 7.8% | 2,155,182 | 8.4% | 73,590 | 2,171,753 | 7.8% | 61,018 |
| Property Operations | 90,571 | 3.4% | 59,688 | 2.9% | 30,883 | 72,393 | 3.2% | 7,888 | | 749,567 | 2.6% | 713,803 | 2.8% | 38,164 | 714,828 | 2.6% | 35,138 |
| Energy | 36,690 | 1.8% | 42,000 | 2.0% | (5,540) | 38,224 | 1.6% | (1,774) | | 438,477 | 1.5% | 523,500 | 2.5% | (85,022) | 515,770 | 1.8% | (77,222) |
| Total Deductions | 509,797 | 21.7% | 436,499 | 21.0% | 73,299 | 507,516 | 21.3% | 2,281 | | 5,342,012 | 18.7% | 5,385,255 | 20.5% | (44,243) | 5,429,636 | 18.6% | (87,624) |
| **Fixed Costs** | | | | | | | | | | | | | | | | | |
| Site Rental | 21,178 | 0.9% | 21,178 | 1.0% | 0 | 21,178 | 0.9% | 0 | | 254,153 | 0.9% | 254,148 | 1.0% | 5 | 254,153 | 0.9% | 0 |
| Real Estate, Prop Taxes & Insurance | 32,238 | 1.4% | 56,517 | 1.3% | (3,211) | 35,723 | 1.5% | (3,416) | | 555,024 | 1.6% | 426,224 | 1.7% | 78,820 | 429,887 | 1.5% | 76,137 |
| Other | (26,644) | -0.9% | (18,325) | -0.9% | (2,314) | (21,733) | -0.9% | 1,089 | | (247,566) | -0.9% | (224,188) | -0.9% | (23,377) | (240,209) | -0.9% | (7,357) |
| Pre-Opening | 0 | 0.0% | 0 | 0.0% | 0 | 0 | 0.0% | | | 0 | 0.0% | 0 | 0.0% | 0 | 0 | 0.0% | 0 |
| **Depreciation & Amortization** | 0 | 0.0% | 0 | 0.0% | 0 | 0 | 0.0% | 0 | | 0 | 0.0% | 0 | 0.0% | 0 | 0 | 0.0% | 0 |
| 40400 Mngt Fee Expense - Base | 70,401 | 3.0% | 62,445 | 3.0% | 7,955 | 71,840 | 3.0% | (1,239) | | 869,020 | 3.0% | 771,773 | 3.0% | 66,247 | 831,357 | 3.0% | 28,663 |
| 40420 Mngt Fee Expense - Incentive | 70,755 | 3.3% | 26,346 | 1.3% | 44,359 | 48,636 | 2.0% | 21,766 | | 571,775 | 2.0% | 239,459 | 2.0% | 332,319 | 376,891 | 1.4% | 195,116 |
| Total Management Fee | 141,165 | 6.0% | 88,791 | 4.3% | 52,344 | 120,676 | 5.0% | 20,890 | | 1,492,788 | 5.0% | 1,011,232 | 3.9% | 418,486 | 1,208,018 | 4.4% | 221,780 |
| Intercompany Site Rental | 0 | 0.0% | 0 | 0.0% | 0 | 0 | 0.0% | 0 | | 0 | 0.0% | 0 | 0.0% | 0 | 0 | 0.0% | 0 |
| Other Non - EBITDA Expense | 3,582 | 0.2% | 0 | 0.0% | 3,582 | 455,672 | 18.4% | (455,511) | | 32,480 | 0.1% | 0 | 0.0% | 32,480 | 453,072 | 1.6% | (408,592) |
| Franchise Tax | 0 | 0.0% | 0 | 0.0% | 0 | 0 | 0.0% | 0 | | 0 | 0.0% | 0 | 0.0% | 0 | 0 | 0.0% | 0 |
| Local and Federal Taxes | 0 | 0.0% | 0 | 0.0% | 0 | 0 | 0.0% | 0 | | 0 | 0.0% | 0 | 0.0% | 0 | 0 | 0.0% | 0 |
| Net Interest (Income)/Expense | 0 | 0.0% | (150) | 0.0% | 150 | (127) | 0.0% | 127 | | (8,204) | 0.0% | (6,350) | 0.0% | (1,854) | (6,152) | 0.0% | (2,053) |
| Marketing Capitalized | 0 | 0.0% | 0 | 0.0% | 0 | 0 | 0.0% | 0 | | 0 | 0.0% | 0 | 0.0% | 0 | 0 | 0.0% | 0 |
| Occupancy % | 76.37% | | 70.33% | | 6.04 | 81.47% | | -5.10 | | 81.24% | | 77.88% | | 3.37 | 78.47% | | 2.78 |
| Average Rate | $214.69 | | $215.24 | | -0.45 | $212.84 | | 2.04 | | $205.28 | | $202.03 | | 3.25 | $197.98 | | 7.30 |
| Total Rooms Available | 10,605 | | 9,920 | | 685 | 10,424 | | 181 | | 123,768 | | 116,800 | | 6,908 | 126,965 | | (3,200) |
| Total Rooms Sold | 8,099 | | 6,977 | | 1,122 | 8,492 | | (393) | | 100,527 | | 90,958 | | 9,569 | 100,911 | | (384) |

Defendant Trial Exhibit 000224

Hilton ... ... ...
Oper Statement - Rooms&Condo
As of December 31, 2010

Business Unit: 04088

Run Date: January 07, 2011
Run Time: 07:16:52

**Consolidated Rooms/Condo**

Column groups: Current Actual / % | Current Budget / % | Current Bud Variance / % | Prior Year Actual / % | Prior Year Variance | Year to Date Actual / % | Year to Date Budget / % | YTD Bud Variance | Year to Date Prior Year / % | YTD Prior Yr Variance

| Acct | Description |
|---|---|
| 02889 | Trax, Allowances |
| 02898 | Group Allowances |
| 02899 | OMS Allowances |
| 05899 | Other Allowances |
|  | Allowances |
|  | Management Wages |
|  | Hourly Wages |
|  | Extra Wages |
|  | Leased Labor |
|  | Total Payroll |
|  | Total Payroll Cost |
|  | Total Payroll & Related Exp |
| 30342 | Guest Transportation |
| 31611 | HRW Regional Expense |
| 31621 | Franchise Commissions |
| 31822 | TA Commissions |
| 31822 | Group T/A Commissions |
| 51823 | Electronic Reservations |
| 30700 | Permits & Licenses |
| 30700 | Contract/xx Serv |
| 30711 | Cleaning Serv |
| 30711 | Window Cleaning |
| 30720 | Computer / Systems Serve |
| 34400 | Guest / Shared Area Expense Cord |
| 34300 | Miscellaneous |
| 34440 | Entertainment |
| 34440 | Music System |
| 34450 | Cable Services |
| 34590 | Comp Guest |
| 35030 | Linen |
| 34712 | Plants & Decorations |
| 36000 | Uniforms |
| 38100 | Laundry |
| 38700 | Janitorial Cleaning |
| 36700 | Postage |
| 36701 | Express Mail |
| 37000 | Cleaning Supplies |
| 37100 | Operating Supplies |
| 37110 | Office Supplies |
| 37112 | Ground Transportation |
| 37113 | Copy Card |
| 37150 | Printing |
| 38200 | Guest Supplies |
| 37210 | Corn/American Newspapers |
| 37220 | Supplies First Aid Safety |
| 37750 | Trade/Special Event |
| 37800 | Travel Costs |
| 37806 | Travel Costs |
| 37860 | Other Transportation |
| 37900 | Meals |
| 38200 | Telephone |
| 38300 | Team Member Relations |
| 36100 | Trade Association/Dues/Fees |
| 36910 | Guest Lease/Damage |
| 35990 | Hotel Assessment |
| 35993 | Laundry Allocation |
| 35990 | Condo Owner Distribution |
|  | Total Other Expenses |

**Operating Statistics:**

Payroll Per Occupied Room
Benefits Per Occupied Room
Other Exp Per Occupied Room

Defendant Trial Exhibit 000225

Hilton ............................
Oper Statement - Rooms&Condo
As of December 31, 2010

Business Unit: 04088

Run Date:  January 07, 2011
Run Time:  07:16:53

## Dept 06 Condo

| Current Actual | % | Current Budget | % | Current Bud Variance | % | Prior Year Actual | % | Prior Year Variance | | | | Year to Date Actual | % | Year to Date Budget | % | YTD Bud Variance | % | Year to Date Prior Year | % | YTD Prior Yr Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| (13,259) | -9.0% | (34,100) | -22.3% | 20,841 | | (8,515) | -5.9% | (4,742) | 02359 | Tran. Allowances | (112,763) | -0.5% | (144,996) | -0.5% | 32,243 | -0.8% | (137,787) | -0.7% | 25,024 |
| (696) | -0.1% | (2,367) | -0.1% | 1,651 | | (732) | -0.6% | 36 | 03599 | Group Allowances | (52,477) | -0.3% | (32,547) | -0.3% | (16,313) | -0.3% | (21,256) | -0.1% | 3,658 |
| (1,884) | -0.3% | (2,635) | -0.2% | 747 | | (926) | -0.6% | (960) | 05698 | GNR Allowances | (34,926) | -0.2% | (48,147) | -0.2% | 13,021 | -0.3% | (29,717) | -0.1% | 5,206 |
| (3,590) | -0.2% | 0 | 0.0% | (3,592) | | (3,535) | -1.4% | 165 | 05699 | Other Allowance | (74,940) | -0.4% | 0 | 0.0% | (74,940) | -0.4% | (29,580) | -0.2% | 17,000 |
| (3,997) | -1.1% | 0 | -0.2% | 9,668 | | (13,741) | -9.3% | (5,513) | 05699 | Allowances | (74,949) | -1.4% | (229,307) | -1.5% | (45,499) | -1.2% | (229,725) | -0.6% | (46,667) |
| | | | | | | | | | | | | | | | | | | | | |
| 21,523 | 1.5% | 23,429 | 1.6% | (1,906) | | 25,597 | 1.8% | (3,572) | 32042 | Management Wages | 230,461 | 1.1% | 296,784 | 1.1% | (66,313) | -0.8% | 272,121 | 1.6% | (41,640) |
| 98,427 | 0.1% | 101,787 | 6.0% | (3,529) | | 90,593 | 6.8% | (9,647) | 32043 | Hourly Wages | 1,070,149 | 0.4% | 1,055,846 | 6.0% | 80,860 | 6.0% | 1,124,987 | 0.4% | 3,858 |
| 1,528 | 0.1% | 3,835 | 0.2% | 1,528 | | 11,168 | 0.6% | (1,615) | 03599 | Group Wages | 90,960 | 0.4% | 50,560 | 0.4% | 90,860 | 0.3% | 87,501 | 0.3% | 8,339 |
| 4,316 | 0.3% | 2,765 | 0.2% | 1,518 | | 6,315 | 0.5% | (1,015) | 31821 | Bonus | 74,034 | 0.5% | 33,420 | 0.5% | 40,614 | 0.5% | 56,124 | 0.3% | 17,000 |
| 72,021 | 4.1% | 61,935 | 4.1% | 10,196 | | 92,291 | 5.1% | (20,250) | 32070 | Leased Labor | 1,045,009 | 5.0% | 841,316 | 4.6% | 200,693 | 5.5% | 1,039,587 | 5.3% | (11,559) |
| 42,597 | 2.6% | 168,628 | 2.4% | 9,794 | | 225,933 | 9.4% | 1,380 | | Total Benefits Cost | 2,662,632 | 2.3% | 2,672,650 | 2.3% | 17,293 | 2.5% | 2,586,377 | | (66,519) |
| 42,597 | 2.6% | 38,384 | 2.6% | 4,213 | | 41,207 | 2.5% | 1,380 | | Total Payroll Cost | 461,842 | 2.3% | 464,797 | 2.5% | (17,043) | 2.3% | 445,071 | 2.2% | 38,769 |
| 242,197 | 13.9% | 228,180 | 15.2% | 14,007 | | 257,179 | 14.2% | (14,991) | | Total Payroll & Related Exp | 2,593,472 | 14.5% | 2,662,172 | 14.5% | 97,020 | 16.7% | 3,036,761 | 15.2% | (49,360) |
| | | | | | | | | | | | | | | | | | | | | |
| 1,076 | 0.1% | 1,300 | 0.1% | (224) | | 1,120 | 0.1% | (44) | 30042 | Guest Transportation | 7,061 | 0.0% | 15,600 | 0.1% | (8,539) | 0.0% | 17,631 | 0.1% | (10,870) |
| 2,336 | 0.1% | 3,535 | 0.2% | (1,199) | | 3,250 | 0.2% | (914) | 31611 | HWV Regional Expense | 45,630 | 0.2% | 46,000 | 0.2% | (89) | 0.3% | 52,122 | 0.3% | (6,192) |
| 6,104 | 0.3% | 3,001 | 0.2% | 103 | | 3,135 | 0.2% | 0 | 31620 | Mngmnt Stipend | 10,518 | 0.0% | 10,516 | 0.1% | 9,187 | | 8,187 | 0.3% | 1,718 |
| 16,157 | 0.9% | 13,188 | 0.9% | 2,969 | | 11,122 | 0.8% | 5,035 | 31621 | TIA Commissions | 155,691 | 0.8% | 144,363 | 0.8% | 11,328 | 0.6% | 165,531 | 0.8% | (9,840) |
| 3,244 | 0.2% | 2,571 | 0.2% | 673 | | 1,203 | 0.1% | 2,042 | 31622 | Group TIA Commissions | 81,653 | 0.4% | 73,707 | 0.4% | 7,946 | 0.4% | 55,463 | 0.3% | 26,190 |
| 143 | 0.0% | 0 | 0.0% | 143 | | 188 | 0.0% | (19) | 31623 | Other/Misc TIA Commissions | 11,636 | 0.0% | 8,689 | 0.0% | 2,949 | 0.0% | 9,415 | 0.0% | 2,210 |
| 344 | 0.0% | 330 | 0.0% | 14 | | 192 | 0.0% | 152 | 32700 | Permits & Licenses | 5,105 | 0.0% | 5,200 | 0.0% | (95) | 0.0% | 4,807 | 0.0% | 298 |
| 8,225 | 0.4% | 30,000 | 0.0% | (20,775) | | 33,323 | 2.0% | (24,098) | 32730 | Concessions Allocations | 1,042,509 | 0.4% | 33,489 | 0.2% | 8,489 | 0.2% | 34,963 | 0.2% | 16,665 |
| 3,870 | 0.2% | 3,870 | 0.2% | 0 | | 3,870 | 0.2% | 0 | 32740 | Contracted Serv | 46,440 | 0.2% | 46,440 | 0.2% | 3,110 | 0.1% | 44,211 | 0.1% | 1,223 |
| 1,882 | 0.1% | 1,500 | 0.1% | 482 | | 1,502 | 0.1% | 460 | 33771 | Window Cleaning | 18,207 | 0.1% | 18,000 | 0.1% | 207 | 0.1% | 16,339 | 0.1% | (132) |
| 5,122 | 0.3% | 6,500 | 0.5% | (1,378) | | 31,430 | 3.3% | (8,533) | 33801 | Contract Service Save | 55,930 | 0.2% | 50,530 | 0.2% | (5,200) | 0.4% | 59,495 | 0.3% | 3,045 |
| 4,440 | -0.5% | (28,741) | -2.6% | (24,301) | | (13,436) | -1.8% | (500) | 33881 | Hotel Share Area Expense Cost | (428,716) | -2.1% | (454,892) | -2.5% | 26,176 | | 49,671 | 0.2% | 16,337 |
| 1,003 | 0.1% | 2,000 | 0.1% | (997) | | 515 | 0.0% | 907 | 34000 | Miscellaneous | 6,111 | 0.0% | 24,000 | 0.1% | (17,889) | 0.2% | 49,671 | 0.2% | (43,560) |
| 2,105 | 0.1% | 2,400 | 0.2% | (295) | | 1,895 | 0.1% | 55 | 34300 | Entertainment | 19,105 | 0.1% | 18,600 | 0.1% | 5,032 | 0.0% | 8,207 | 0.0% | 1,898 |
| 2,144 | 0.1% | 3,535 | 0.2% | (1,391) | | 585 | 0.0% | 2,144 | 34410 | Hospitality | 14,041 | 0.0% | 48,000 | 0.0% | (31,959) | 0.0% | 0 | 0.0% | 14,041 |
| 324 | 0.0% | 150 | 0.0% | 174 | | 456 | 0.0% | (132) | 34440 | Music System | 3,885 | 0.0% | 5,200 | 0.0% | (1,600) | 0.0% | 4,883 | 0.0% | (999) |
| 383 | 0.0% | 0 | 0.0% | 383 | | 325 | 0.0% | 100 | 34580 | Dues & Subscriptions | 31,159 | 0.1% | 28,560 | 0.0% | 2,333 | 0.1% | 25,588 | 0.1% | 5,880 |
| 7,151 | 0.4% | 3,889 | 0.3% | 3,243 | | 5,918 | 0.4% | 1,212 | 34580 | Camp Guest | 79,156 | 0.4% | 50,599 | 0.4% | 28,557 | 0.4% | 69,036 | 0.3% | 10,103 |
| (125,502) | -7.2% | 5,655 | 0.4% | (131,608) | | (33,788) | -2.4% | (42,374) | 35320 | Linen | | | 73,598 | 0.4% | (73,599) | 0.4% | 2,306 | 0.0% | (2,306) |
| 15,225 | 0.9% | 5,000 | 0.3% | 4,601 | | 1,470 | 0.1% | (37) | 35330 | Plants & Decorations | 15,225 | 0.1% | 12,469 | 0.1% | 14,600 | 0.1% | 9,940 | 0.1% | 16,025 |
| 351 | 0.0% | 1,500 | 0.1% | (1,109) | | 428 | 0.0% | (37) | 36000 | Uniforms | 12,469 | 0.1% | 16,000 | 0.1% | (5,591) | 0.1% | 15,215 | 0.1% | (2,807) |
| 46,500 | 2.7% | 45,955 | 3.1% | 545 | | 59,639 | 3.3% | (13,430) | 36100 | Laundry | 566,424 | 2.7% | 567,384 | 3.1% | (31,570) | 2.5% | 670,182 | 3.4% | (103,738) |
| 440 | 0.0% | 600 | 0.0% | (160) | | (460) | 0.0% | 900 | 36700 | Cleaning | 13,369 | 0.1% | 16,000 | 0.1% | (3,550) | 0.1% | 3,468 | 0.0% | 9,921 |
| 0 | 0.0% | 125 | 0.0% | (125) | | 8 | 0.0% | (8) | 36700 | Postage | 1,500 | 0.0% | 1,600 | 0.0% | 0 | 0.0% | 1,900 | 0.0% | 0 |
| 33 | 0.0% | 0 | 0.0% | 33 | | 41 | 0.0% | (8) | 36701 | Express Mail | 0 | 0.0% | 0 | 0.0% | 224 | 0.0% | 2,471 | 0.0% | 42 |
| 3,224 | 0.2% | 1,950 | 0.2% | 1,333 | | 2,054 | 0.1% | 1,188 | 37100 | Cleaning Supplies | 29,432 | 0.1% | 24,840 | 0.1% | 4,563 | 0.1% | 31,853 | 0.1% | (2,420) |
| 383 | 0.0% | 141 | 0.0% | 222 | | 684 | 0.0% | (321) | 37100 | Operating Supplies | 3,367 | 0.0% | 1,840 | 0.0% | 1,527 | 0.0% | 2,659 | 0.0% | 698 |
| (597) | 0.0% | 1,500 | 0.1% | (2,097) | | 1,942 | 0.1% | (2,539) | 37110 | Office Supplies | 18,727 | 0.1% | 18,000 | 0.1% | (690) | 0.1% | 17,723 | 0.1% | 1,015 |
| 0 | 0.0% | 25 | 0.0% | (25) | | 0 | 0.0% | 0 | 37114 | Paper Supplies | 0 | 0.0% | 600 | 0.0% | (690) | 0.0% | 464 | 0.0% | (464) |
| 0 | 0.0% | 200 | 0.0% | (200) | | 695 | 0.0% | (695) | 37113 | Copy Cost | 1,977 | 0.0% | 2,400 | 0.0% | (822) | 0.0% | 2,471 | 0.0% | (505) |
| 535 | 0.0% | 750 | 0.0% | 285 | | 535 | 0.0% | 0 | 37200 | Misc Transportation | 5,774 | 0.0% | 5,714 | 0.0% | 2,583 | 0.0% | 2,743 | 0.0% | (495) |
| 21,651 | 1.2% | 22,071 | 1.5% | (660) | | 17,933 | 1.0% | 3,718 | 37200 | Guest Supplies | 305,370 | 1.5% | 289,797 | 1.5% | 15,573 | 1.6% | 223,763 | 1.5% | 2,283 |
| 894 | 0.0% | 1,273 | 0.1% | (409) | | 1,696 | 0.1% | (802) | 37210 | Complimentary Newspaper | 11,124 | 0.1% | 19,560 | 0.1% | (5,436) | 0.1% | 17,607 | 0.1% | (6,483) |
| 0 | 0.0% | 75 | 0.0% | (75) | | 98 | 0.0% | (98) | 37740 | Health and Safety | 1,172 | 0.0% | 0 | 0.0% | 1,285 | 0.0% | 279 | 0.0% | (1,016) |
| 0 | 0.0% | 75 | 0.0% | (75) | | 0 | 0.0% | 0 | 37742 | Training-External | 95 | 0.0% | 300 | 0.0% | (90) | 0.0% | 1,885 | 0.0% | (1,460) |
| 0 | 0.0% | 250 | 0.0% | (250) | | 0 | 0.0% | 0 | 37800 | Travel Costs | 726 | 0.0% | 3,000 | 0.0% | (2,274) | 0.0% | 2,264 | 0.0% | (721) |
| 0 | 0.0% | 25 | 0.0% | (25) | | 0 | 0.0% | 0 | 37810 | Guest Local Damage | 48 | 0.0% | 600 | 0.0% | (552) | 0.0% | 552 | 0.0% | (504) |
| 0 | 0.0% | 0 | 0.0% | 0 | | 0 | 0.0% | 0 | 37820 | Travel Transportation | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 |
| 42 | 0.0% | 0 | 0.0% | 0 | | 0 | 0.0% | 42 | 37800 | Meals | 42 | 0.0% | 0 | 0.0% | 0 | 0.0% | 6 | 0.0% | 42 |
| 521 | 0.0% | 900 | 0.1% | (379) | | 509 | 0.0% | 12 | 38200 | Telephone | 5,885 | 0.0% | 10,800 | 0.1% | (4,934) | 0.0% | 8,451 | 0.0% | (2,566) |
| 69 | 0.0% | 25 | 0.0% | 44 | | 0 | 0.0% | 95 | 38200 | Trade Assn./Rel. | 1,855 | 0.0% | 0 | 0.0% | 1,285 | 0.0% | 279 | 0.0% | 1,036 |
| 0 | 0.0% | 75 | 0.0% | (75) | | 0 | 0.0% | 0 | 39150 | Trade Assoc./Dues/Fees | 85 | 0.0% | 0 | 0.0% | 85 | 0.0% | 0 | 0.0% | 85 |
| 0 | 0.0% | 250 | 0.0% | (250) | | 0 | 0.0% | 0 | 39310 | Gov't Local Damage | 726 | 0.0% | 3,000 | 0.0% | (2,274) | 0.0% | 40 | 0.0% | (1,416) |
| 2,851 | 0.2% | 4,052 | 0.3% | (1,101) | | 4,663 | 0.3% | (1,002) | 39680 | Other Distribution | 43,465 | 0.2% | 48,283 | 0.3% | (4,787) | 0.2% | 68,650 | 0.3% | (25,185) |
| 578,982 | 33.3% | 631,010 | 42.0% | (52,172) | | 723,109 | 40.0% | (144,727) | | Total Other Expenses | 9,826,851 | | 9,542,940 | 45.2% | 319,302 | 42.0% | 9,934,168 | 41.7% | (107,317) |
| | | | | | | | | | | | | | | | | | | | | |

## Operation Statistics
| | | | | | | | | | | | | | | | | | |
| 24.65 | | 27.21 | | (2.56) | | 25.43 | | (0.78) | Payroll Per Occupied Room | 24.94 | | 26.69 | | (1.74) | | 25.70 | (0.76) |
| 5.26 | | 5.59 | | (0.24) | | 4.85 | | 0.40 | Benefits Per Occupied Room | 4.79 | | 5.11 | | (0.32) | | 4.41 | 0.38 |
| 28.90 | | 32.70 | | (2.80) | | 30.28 | | (0.38) | Other Exp Per Occupied Room | 28.74 | | 31.50 | | (2.26) | | 30.11 | (0.38) |
| | | | | | | | | | | | | | | | | | |
| | 76.37% | | 76.33% | | 0.04 | | 81.47% | | -5.10 | Occupancy % | | 81.24% | | 77.88% | | 3.37 | | 78.47% | 1.78 |
| $214.68 | | $215.34 | | (0.46) | | $212.54 | | 2.04 | Average Rate | $205.28 | | $202.33 | | 3.25 | | $197.98 | 7.30 |
| | | | | | | | | | | | | | | | | | | | | |
| 10,605 | | 9,520 | | 685 | | 10,424 | | 181 | Total Rooms Available | 123,736 | | 116,800 | | 6,936 | | 126,985 | (3,249) |
| 8,099 | | 6,577 | | 1,122 | | 8,492 | | (393) | Total Rooms Sold | 100,527 | | 90,958 | | 9,569 | | 100,911 | (364) |

Page 3

Defendant Trial Exhibit 000226