UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-60474-CIV-COHN-SELTZER

GARY DEAR, as Class Representative
of those similarly situated,

    Plaintiff,

v.

Q CLUB HOTEL, LLC, a Delaware
Limited Liability Company,

    Defendant.
_____/

## PLAINTIFF'S TRIAL EXHIBIT INDEX

| Composite Exhibit | Plaintiff's Trial Exhibit Number | Description | Page |
|---|---|---|---|
| 1 | 002 | 2006 Projected Shared Components Budget [Hilton_0002842-0002844] | 1 |
|  | 006 | 2010 Shared Components Budget [Hilton_002827] | 4 |
|  | 007 | 2010 Shared Components Budget-Detail [Hilton_002856] (Pagliery Exh 6a) (Smith Exh. 5) | 5 |
|  | 008 | 2010 Shared Components Year End Summary [Hilton_000309] (Pagliery Exh. 6) (Smith Exh. 6) | 6 |
|  | 009 | 2011 Shared Components Budget [Hilton_000310] (Pagliery Exh 9) (Smith Exh 4) | 7 |
|  | 010 | 2011 Shared Costs Budget [Hilton_002463 pdf] | 8 |
|  | 010a | 2011 Shared Costs Budget [Hilton_002830 Excel] | 9 |
|  | 011 | 2011-01-20 Email from Williams to Stewart [Hilton_002775-002776] | 18 |
|  | 012 | 2011-04-18 Email from Williams to Stewart [Hilton_002778-002781] | 20 |
|  | 014 | 2012 Shared Components Budget [Hilton_001016; Hilton_001018] (Smith Exh. 7) | 24 |
|  | 015 | 2012 Shared Components Budget [Hilton_001031] | 26 |

|  | 017 | 2012-12-07 2013 Annual Charge Notice [Hilton_000695] | 27 |
|---|---|---|---|
|  | 018 | 02-21-2013 Email from Chandram to Santoro [Hilton_000989-000990] | 28 |
|  | 021 | 2013 Shared Cost Budget [Hilton_001080] | 30 |
|  | 022 | 2013-01-07 Email from Santoro to Uh [Hilton_000694-000695] | 31 |
|  | 023 | 2013-01-08 Email from Ammerlaan to various recipients [Hilton_002444-002445] | 33 |
|  | 026 | 2013-01-18 Email from Uhl to Hockenstein and Kooiman [Hilton_00748] | 35 |
|  | 028 | 2013-02-14 Email from Santoro to Uhl [Hilton_000933] | 36 |
|  | 030 | 2013-02-25 Email from Uhl to Santoro [Hilton_001017-001018] | 37 |
|  | 032 | 2013-03-05 Letter from Santoro to All Residential & Commercial Unit Owners [Hilton_001424] (Pagliery Exh. 13) | 39 |
|  | 034 | 2013-03-14 Email from Santoro to Uhl [Hilton_001077] | 40 |
|  | 035 | 2013-03-25 Email from Santoro to Uhl [Hilton_001171] | 41 |
|  | 036 | 2013-03-26 Email from Santoro to Uhl [Hilton_001180] | 42 |
|  | 039 | 2013-06-06 Email from Ammerlaan to various recipients [Hilton_002476-002477] | 43 |
|  | 040 | 2013-12-11 2014 Annual Charge Notice [Hilton_001972] | 45 |
|  | 041 | 2014 Share Components Budget [Hilton_001983] | 46 |
|  | 042 | 2014-10-13 Email from Ammerlaan to various recipients [Hilton_000296-000297] | 47 |
|  | 044 | 2014-10-24 Email from Ammerlaan to various recipients [Hilton_001894, Hilton_001896-001900] (Pagliery Exh 14) | 49 |
|  | 046 | 2014-11-05 Email from Uhl to Santoro [Hilton_001943-001944] | 55 |
|  | 047 | 2015-12-01 2015 Annual Charge Notice [Hilton_002247] | 57 |

| | 048 | Declaration Q Club (Sergio Pagliery Depo Exhibit 3) | 58 |
|---|---|---|---|
| | 049 | 2015 Shared Components Assessments [Hilton_002726] | 152 |
| | 056 | 2015 Shared Cost as 11/4/15 [Hilton_002907] (Smith Exh. 11) | 175 |
| | 073 | JV25 12.31.14.xls | 176 |
| | 074 | JV9 12.31.14.xls | 208 |
| | 075 | 04088_Oper Statement - Rooms&Condo_2012-12.31.pdf | 214 |
| | 076 | GL_04088_2010_12__PL_FINAL.pdf | 215 |
| | 077 | GL_04088_2011_12__PL_FINAL.pdf | 216 |
| | 078 | GL_04088_2013_12__PL_FINAL.pdf | 217 |
| | 079 | GL_04088_2014_12_PL_FINAL.pdf | 218 |
| | 102 | 2010-01-22 Email from Williams to Stewart [Hilton_002787-002789] | 219 |
| | 103 | 2010-02-24 Email from Stewart to Williams and Ioannou [Hilton_0002735-0002737] | 222 |
| | 106 | 2010-08-11 Email from Stewart to Williams [Hilton_002798-002799] | 225 |
| | 108 | Reserve Budget for Shared Components Excel, Updated 01/01/2011 [Hilton_000096] | 227 |
| | 110 | 2011-04-19 Email from Santoro to Jim [Hilton_000064-000066] | 228 |
| | 111 | 2011-06-07 Email from Chiu to various recipients [Hilton_000307-000308] | 231 |
| | 124 | 2012-10-17 Email from Santoro to Uhl [Hilton_000570-000576] | 233 |
| | 135 | 2013-03-19 Email from Uhl to Brandenberger [Hilton_001094] | 240 |
| | 139 | 2013-04-04 Email from Santoro to Uhl [Hilton_001226] | 241 |
| | 140 | 2013-04-16 Email from Santoro to Schroeder [Hilton_001244-001245] | 242 |
| | 141 | 2013-05-03 Email from Santoro to Uhl [Hilton_001293] | 244 |
| | 151 | 2014-10-28 Email from Uhl to Ammerlaan [Hilton_001901-001904] | 245 |
| | 152 | 2014-12-16 Email from Santoro to Berthoumieux [Hilton_002014] | 249 |
| | 153 | 2014-12-17 Email from Uhl to Santoro and Berthoumieux [Hilton_002018] | 250 |

|   | 184 | Hilton_002806 (Williams Exh 2) | 251 |
|---|-----|-------------------------------|-----|
|   | 185 | JV25 5-31-13 Apr 2013 Reclass | 252 |
|   | 186 | JV25 5-31-13 Feb 2013 Reclass | 254 |
|   | 187 | JV25 5-31-13 Jan 2013 Reclass | 256 |
|   | 188 | JV25 5-31-13 Mar 2013 Reclass | 258 |
|   | 189 | JV25 9-30-14 je | 260 |
|   | 190 | JV25 9-30-14 | 261 |
|   | 191 | JV25 11-30-13 | 263 |
|   | 192 | Shared Cost Allocation Worksheets JV 25 (Defense Exh DR in color Def Trial Bates 001028-1163) | 265 |
|   | 193 | JV25 12-31-14 - 2 | 401 |
|   | 194 | JV9 Nov 2014 | 403 |
| 2 | 195 | Condo Owner Distribution Accrual worksheet JV9 (Defense Exh DK in color Def Trial Bates 000627-000781) | 1 |

Dated: June 6, 2017.                              Respectfully submitted,

*/s/ Matthew D. Weissing*
Steven R. Jaffe (FBN 390770)
Email: steve@pathtojustice.com
Mark S. Fistos (FBN 909191)
E-mail: mark@pathtojustice.com
Matthew D. Weissing (FBN 559792)
E-mail: matt@pathtojustice.com
FARMER, JAFFE, WEISSING, EDWARDS FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954- 524-2822

Robert A. Sweetapple (FBN 0296988)
E-Mail:pleadings@sweetapplelaw.com
SWEETAPPLE, BROEKER & VARKAS, PL
20 SE 3rd Street
Boca Raton, Florida 33432
Telephone:  561-392-1230

*Attorneys for Plaintiff*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on June 6, 2017, and will be served on all counsel of record listed below through the ECF system.

*/s/ Matthew D. Weissing*
Matthew D. Weissing

## SERVICE LIST
*Dear v. Q Club Hotel, LLC.*
**CASE NO. 15-60474-CIV-COHN-SELTZER**
**United States District Court in the Southern District of Florida**

Laurence S. Litow (Fla. Bar No. 328758)
Email: lslitow@burr.com
Howard S. Marks (Fla. Bar No. 750085)
Email: hmarks@burr.com
BURR & FORMAN, LLP
350 East Las Olas Blvd., Suite 1420
Fort Lauderdale, Florida 33301
Telephone: 954-414-6200
Facsimile: 954-414-6201
*Counsel for Defendant, Q Club Hotel, LLC*

Ronald Pena (Fla. Bar No. 135135)
Email: rpena@pgdlegal.com, dcatti@pgdlegal.com
PENA, GARCIA, DIZ, PLLC
2600 Douglas Road, Suite 902
Cora Gables, FL 33134
Telephone: 786-361-4950
*Co-Counsel for Defendant, Q Club Hotel, LLC*