UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60474-CIV-COHN/SELTZER

GARY DEAR, as Class Representative
of those similarly situated,

    Plaintiff,

v.

Q CLUB HOTEL, LLC, a Delaware
Limited Liability Company,

    Defendant.
_____/

## **FINAL JUDGMENT**

**THIS CAUSE** is before the Court upon the jury's verdict [DE 123], the Order Re: Back-Charging [DE 119], and the Order Re: Prejudgment Interest [DE 149]. It is accordingly

**ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff Gary Dear as Class Representative and against Defendant Q Club Hotel, LLC in the amount of $1,274,101.00 on the back-charges claim. This Judgment shall bear interest at the rate of 1.21% per annum from today, for which let execution issue.

2. Judgment is entered in favor of Defendant Q Club Hotel, LLC and against Plaintiff Gary Dear as Class Representative on all other claims asserted.

3. The Court reserves jurisdiction to determine entitlement and amount of attorneys' fees, costs, and court costs.

4. The Clerk of Court is directed to **CLOSE** this case and **DENY as moot** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of June, 2017.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF