UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60474-CIV-COHN/SELTZER

GARY DEAR, as Class Representative of
those similarly situated,

    Plaintiff,

v.

Q CLUB HOTEL, LLC,

    Defendant.
_____/

**ORDER ADOPTING REPORTS & RECOMMENDATIONS OF MAGISTRATE JUDGE**

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 199] of United States Magistrate Judge Barry S. Seltzer regarding Defendant Q Club Hotel, LLC's Motion Regarding Entitlement to Attorney's Fees and Costs ("Defendant's Motion") [DE 179] ("Report on Defendant's Motion") and upon Magistrate Judge Seltzer's Report and Recommendation [DE 200] regarding Class Counsels' Motion Regarding Entitlement to Attorney's Fees and Costs ("Class Counsels' Motion") [DE 180] ("Report on Class Counsels' Motion").  The Court notes that no objections to these Reports have been filed, and the time for filing such objections has expired.  The Court has reviewed the Reports, the Motions, and the record in this case, and is otherwise advised in the premises.  Accordingly, it is thereupon

**ORDERED AND ADJUDGED** as follows:

1. The Report on Defendant's Motion [DE 199] is **ADOPTED** in its entirety. Defendant's Motion [DE 179] is **DENIED**.

2. The Report on Class Counsels' Motion [DE 200] is **ADOPTED** in its entirety.

Class Counsels' Motion [DE 180] is **GRANTED**.

3. Class counsel must file a submission addressing the amount of fees requested and a proposed notice to the class on or before **December 1, 2017**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of November, 2017.

*JAMES I. COHN*
United States District Judge

Copies provided:
U.S. Magistrate Judge Barry S. Seltzer
Counsel of Record via CM/ECF