UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60474-CIV-COHN/SELTZER

GARY DEAR, as Class Representative
of those similarly situated,

    Plaintiff,

vs.

Q CLUB HOTEL, LLC, a Delaware
Limited Liability Company,

    Defendant.
_____/

## ORDER

**THIS CAUSE** has come before the Court upon Class Counsel's Motion for Approval of Third Notice to the Class Regarding Their Motion for Award of Attorney's Fees and Nontaxable Costs [DE 206]. The Court having considered the motion and having reviewed the proposed Third Notice, it is hereby

**ORDERED AND ADJUDGED** that Class Counsel's Motion for Approval of Third Notice to the Class Regarding Their Motion for Award of Attorney's Fees and Nontaxable Costs [DE 206] is **GRANTED IN PART**. Class Counsel shall provide the Notice attached as Exhibit A to this Order on or before January 12, 2018 via First Class Mail to each reasonably identifiable Class Member. Any objections to Class Counsel's Motion for Award of Attorney's Fees and Nontaxable Costs shall be postmarked no later than February 14, 2018. Any objections shall be mailed directly to Class Counsel c/o Matthew

Weissing, Esq., as indicated on the Notice. Class Counsel shall file a Notice of Objection to Class Counsel's Motion for Award of Attorney's Fees and Nontaxable Costs and attach as a composite exhibit any and all objections received.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of December 2017.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF